

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2019

No. 04-18-00899-CV

Jennifer L. **ZUNIGA**, Individually and as Judgment Creditor and on Behalf of Christopher J. Medina,
Appellant

v.

**FARMERS TEXAS COUNTY MUTUAL INSURANCE CO**.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI11445
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

On June 20, 2019, appellee filed a motion to dismiss this appeal for want of jurisdiction. Appellant had ten days to respond before we could hear or determine the motion, pursuant to Rule 10.3 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 10.3(a). Appellant did not respond within ten days and has not responded to date. Appellant may file a response to appellee's motion on or before July 29, 2019.

It is so **ORDERED** on July 22, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court